# UNITED STATES DISTRICT COURT

for the
Eastern District of Missouri

| | | |
|---|---|---|
| **In the Matter of the Search of** USPS Ground Advantage label bearing tracking number **9534 6143 1219 6271 9202 01** "JAMes HoRtoN 3657 BATES AVE 1W St. Louis MO 63116," and addressed from: "Todd PeteRSoN 975 w. HoLt BLvd PoMoNA CA 91768." | ) ) ) ) ) ) | Case No. 4:26 MJ 8161 SRW<br><br>*Signed and Submitted to the Court for filing by reliable electronic means*<br><br>**FILED UNDER SEAL** |

## APPLICATION FOR A SEARCH WARRANT

I, Nicholas J. Masterson, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

USPS Ground Advantage label bearing tracking number **9534 6143 1219 6271 9202 01** "JAMes HoRtoN 3657 BATES AVE 1W St. Louis MO 63116," and addressed from: "Todd PeteRSoN 975 w. HoLt BLvd PoMoNA CA 91768."

located in the EASTERN District of MISSOURI, there is now concealed

Controlled Substances and/or United States Currency

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, U.S.C., §§ 846, 841(a)(1) | Conspiracy to possess with intent to distribute controlled substance(s) |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

✓ Continued on the attached sheet.

❑ Delayed notice of _____ days (give exact ending date if more than 30 days: _______) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under penalty of perjury that the foregoing is true and correct

Nicholas J. Masterson, Postal Inspector USPIS

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: October 6, 2026

*Judge's signature*

City and State: St. Louis, MO

Honorable Stephen R. Welby, U.S. Magistrate Judge
*Printed name and title*

AUSA: Dane A. Rennier

**AFFIDAVIT**

I, Nicholas J. Masterson, being duly sworn, state the following:

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the opening and examination of a parcel - USPS Priority Express parcel bearing tracking number **9534 6143 1219 6271 9202 01** which is currently in law enforcement possession, and seizure of controlled substances, drug packaging materials and/or U.S. currency from the parcel.

2. I am a Postal Inspector with the United States Postal Inspection Service (USPIS). I have been employed as a Postal Inspector with USPIS since June 2024. I have been assigned to the Contraband Interdiction and Investigation (CI2) Team. I have completed available training by the USPIS in the investigation of controlled substances or proceeds/payments being transported through the United States. The St. Louis Field Office's CI2 Team has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity. Prior to my employment with the USPIS, I have accrued approximately fourteen years of law enforcement experience with the O'Fallon (MO) Police Department and the Springfield (MO) Police Department. During my law enforcement career, I have conducted numerous narcotics investigations. I was assigned to the USPIS CI2 Team as a Task Force Officer (TFO) which was a position I held for approximately three and half years. I was also a Narcotics Detective with the St. Charles County Regional Drug Task Force which was a position I held for approximately one and a half years. While assigned as a Detective, I received extensive training in narcotics investigations and money laundering investigations.

3. Experience and drug trafficking intelligence information gathered by the USPIS

have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail - two day delivery), reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business, correspondence. Intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail and Priority Mail are seldom used for individual to individual correspondence.

4. Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail and Priority Mail. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business-to-business, correspondence. However, intelligence from prior packages which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual. Federal Express and United Parcel Service are seldom utilized to convey individual-to-individual correspondence.

5. In an effort to combat the flow of controlled substances through the overnight or

two to three day delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of, and destinations for, controlled substances. The USPIS conducted an analysis of prior packages mailed through overnight and/or two to three day delivery services that contained controlled substances or proceeds/payments of controlled substance sales. The analysis of those prior packages indicated that these labels are usually from an individual to an individual. In the few cases when overnight, and or two to three day delivery service packages containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business listed is not associated with the mailer and was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

6. Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet) the USPIS learned that unknown persons posted intelligence on the Silk Road website warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds packages, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds packages. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics/narcotics proceeds parcels. USPIS analysis has established a series of characteristics

which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: package mailed from or addressed to a narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information which is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to residential areas; package is addressed from an individual to an individual; packages are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

7. The U.S. Postal Inspection Service St. Louis Field Office's CI2 Team has found the characteristics listed in the above paragraphs are indicative of packages, which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

8. This affidavit is submitted for the limited purpose of establishing probable cause for the search warrant sought. I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient for the present purpose. The information contained in this affidavit is based upon my personal knowledge and investigation, my training and experience, and information conveyed to me by other law enforcement agents and employees.

9. On Friday, October 2, 2026, I responded to the St. Louis Network Distribution

Center (NDC) located in Hazelwood, Missouri to review incoming USPS parcels. During that review, I located USPS Ground Advantage parcel bearing tracking number **9534 6143 1219 6271 9202 01**, hereafter known as the **Subject Parcel**, which was addressed to 3657 Bates Street, Apartment 1W, St. Louis, Missouri 63116 and mailed from the Pomona, California 91769 Post Office on September 28, 2026.

10. The **Subject Parcel** is a brown cardboard box, bares a hand-written label, addressed from Pomona, California (based on my training and experience I know California is a source state for illegal narcotics), addressed person to person, and the postage and fees were $26.25 (paid in cash). The **Subject Parcel** was addressed to: "JAMes HoRtoN 3657 BATES AVE 1W St. Louis MO 63116," and addressed from: "Todd PeteRSoN 975 w. HoLt BLvd PoMoNA CA 91768." A review of available USPS, law enforcement, and open-source databases determined 3657 Bates Avenue, Apartment 1W, St. Louis, Missouri 63116 was an existing, deliverable address recognized by the USPS; however, I was unable to associate a "James Horton" to the address. A review of available USPS, law enforcement, and open-source databases determined 975 West Holt Boulevard, Pomona, California, 91768 was an existing, deliverable address recognized by the USPS; however, the correct identification of the address is 975 West Holt Avenue. The sender address is a Super Inn motel, and I was unable to associate a "Todd Peterson" to the address. Based on my training and experience, I know narcotic traffickers have utilized fictious or altered information on the labels to attempt to avoid detection from law enforcement.

11. A review of USPS business records revealed the **Subject Parcel** was the third USPS parcel mailed to 3657 Bates Avenue, Apartment 1W, St. Louis, Missouri 63116 in the previous year from California. Even though it is the third USPS parcel from California, it is the first USPS Ground Advantage parcel paid in cash addressed to James Horton in the past year.

12. I maintained custody of the **Subject Parcel** pending examination of the parcel by a narcotic-trained canine. On the same day, October 2, 2026, I contacted Police Officer Kyle Gregg (DSN 105), K-9 Handler employed by the Woodson Terrance Police Department. Officer Gregg responded to a predetermined location located in the Eastern District of Missouri and was accompanied by his narcotic-trained canine, Diesel. The **Subject Parcel** was placed in an area not known to have been previously contaminated by a narcotic odor. Officer Gregg had canine Diesel search this area. Upon arriving at the **Subject Parcel**, Officer Gregg advised that canine, Diesel, reacted in a positive manner, which I observed, indicating the presence of a narcotic odor.

13. The **Subject Parcel** is a brown cardboard box with USPS Ground Advantage label bearing tracking number **9534 6143 1219 6271 9202 01** affixed to it. The **Subject Parcel** measures approximately twelve inches, by eight inches, by ten inches (12" x 8" x 10") and weighs approximately six (6) pounds and eight point five (8.5) ounces. Based on my training and experience, as well as the training and experience of other members of the USPIS Saint Louis CI2 Team, I know that the size and weight of the **Subject Parcel**, coupled with other indicators (i.e. handwritten label; sender does not associate to the address; recipient does not associate to the address; recipient address is a motel with no room number; originated from a source state for narcotics; postage fees paid in cash, and a positive reaction by a narcotic trained canine), are indicative of other packages which have been found in the past to contain narcotic substances, or monies which are the proceeds/payments of narcotic trafficking. Consequently, I believe the parcel contains contraband and/or evidence in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Sections 1952, 1956, and 1957.

14. The **Subject Parcel** is currently in the custody of USPIS Postal Inspector Nicholas J. Masterson in the Eastern District of Missouri. Attached herewith is a picture of the mailing

label for USPS Priority Mail parcel **9534 6143 1219 6271 9202 01** and a copy of the qualifications for canine "Diesel."

15. This affidavit discusses an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal this affidavit because its premature disclosure may give targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

I state under penalty of perjury that the foregoing is true and correct.

______________________________
Nicholas J. Masterson
USPIS Postal Inspector

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this 6th day of October, 2026.

______________________________
STEPHEN R. WELBY
United States Magistrate Judge
Eastern District of Missouri

**Woodson Terrace Police Department**
Patrol Division Canine
Canine Probable Cause Affidavit of Qualifications
Handler: Police Officer Kyle Gregg, DSN 105
Canine "Diesel"

I, Police Officer Kyle Gregg, DSN 105, have been a Commissioned Police Officer with the Woodson Terrace Police Department since October of 2019. I have previously amassed approximately 10 years of police and narcotics experience while employed by the Woodson Terrace Police Department, Bel-Ridge Police Department, and St. Ann Police Department. I have completed 960 hours of Missouri P.O.S.T. required Law Enforcement Academy requirements. Canine "Diesel" and I are currently assigned to the Patrol Division of the Woodson Terrace Police Department and assist the St. Ann Multi-Jurisdictional Special Response Team.

Canine Diesel is a brindle colored, male, Dutch Shepherd. He was born on December 8th, 2021. Canine Diesel and I attended and completed the "Narcotics Detection and Apprehension" training course from July 24th, 2023 through September 1, 2023. This course was held at F.M. K9, located in Berrien Center, Michigan. The training course consisted of two weeks of instruction in the application of canine obedience, narcotics/controlled substance detection, article search, and apprehension work. Canine Diesel and I were last certified by the International Police Work Dog Association (IPWDA) as an accredited Narcotic Detection and Apprehension Canine team on September 24th, 2025.

Canine Diesel has been trained to sniff and alert to the distinctive odors of controlled substances including: Heroin, Cocaine, Methamphetamine. Canine Diesel alerts to these odors in a passive manner and exhibits a significant change in behavior by sitting, standing, or laying at, or as close as he can get to, the source of the odor.

Since Canine Diesel and I began working, he has been responsible for the seizure of 2.81 pounds of methamphetamine, 284 grams of fentanyl, 3.24 pounds of cocaine, 395 grams of heroin, and 5 firearms. All weights are approximate. Canine Diesel has also been responsible for the seizure of approximately $156,000 in US Currency.

Canine Diesel and I train a minimum of 16 hours per month, in the areas of narcotic detection, obedience, tracking, suspect apprehension, and article searches with the Maryland Heights Police Department K9 Division, certified trainers, other canine programs, and/or on our own time.

This affidavit is current as of July 20th, 2026.

P.O. Kyle Greg, DSN 105
Woodson Terrace Police Department
Patrol Division / K9 Operations
4305 Woodson Road
Woodson Terrace, MO 631324
314-427-5858


From: Todd Peterson
775 W. Holt Blvd
Pomona CA 91768
UNITED STATES POSTAL SERVICE.
Retail
G
US POSTAGE PAID
$26.25
Origin: 91769
09/28/26
0561680820-14
USPS GROUND ADVANTAGE®
6 Lb 8.50 Oz
RDC 01
C063
SHIP TO:
APT 1W
3657 BATES ST
SAINT LOUIS MO 63116-3255
USPS TRACKING® #
9534 6143 1219 6271 9202 01
To: James Horton
3657 Bates Ave 2 W
St. Louis Mo 63116